No. 176. LEWIS, EXECUTRIX, ET AL. v. FONTENOT, COLLECTOR FOR THE DISTRICT OF LOUISIANA, ET AL.;

No. 177. LEWIS, TESTAMENTARY EXECUTRIX, ET AL. v. UNITED STATES ET AL.; and

No. 178. Lewis, Testamentary Executrix, et al. *v.* United States Department of Agriculture et al. October 14, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motions for leave to proceed further *in forma pauperis,* denied. *Agnes E. Lewis, pro se.* Reported below: 110 F. 2d 65.